IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                    )
                                          )
MACALLEN & DANELLE MEADE                  )    Case No: 08-24270
                                          )    Chapter 7
                                          )

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO:  THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1. I am Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

    Claim 5 – eCast Settlement Corp., P.O. Box 35480, Newark, NJ 07193 - $3.17

3. Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided for in U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 10111 in amount of $3.17 payable to the Clerk, U.S. Bankruptcy Court.

Dated:  April 20, 2008

                                          /s/ Kenneth A. Manning
                                          Kenneth A. Manning, Trustee
                                          200 Monticello Drive
                                          Dyer, Indiana 46311
                                          (219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 20th day of April, 2008, a true and complete copy of the above document was served by:

Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov

And by regular first class mail upon:
eCast Settlement Corp., P.O. Box 35480, Newark, NJ 07193

                                          /s/KENNETH A. MANNING, TRUSTEE
                                          KENNETH A. MANNING, TRUSTEE